UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM SILVERSTEIN, an individual ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPERIENCED INTERNET.COM, ) <br> INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 05-0160 PVT <br><br> **JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to this court's Order Granting Motion to Dismiss, filed herein on July 11, 2005,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that judgment of dismissal without prejudice be entered in this case.

Dated: *8/25/05*

                                                 */s/ Patricia V. Trumbull* <br>
                                                PATRICIA V. TRUMBULL <br>
                                                United States Magistrate Judge